UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

INGRID CORNISH,

   Plaintiff,

v.                                     CASE NO.:  1:17-cv-23-MW-GRJ

NISSAN MOTOR ACCEPTANCE
CORPORATION,

   Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Ingrid Cornish, by and through the undersigned counsel, hereby notifies the Court that the Parties have reached a settlement of this matter.  Plaintiff will file dismissal of this action with prejudice upon the execution and completion of certain terms of the settlement agreement.

Respectfully submitted this 9th day of September, 2017.

                                             /s/ Jared M. Lee
                                             Jared M. Lee, Esquire
                                             Florida Bar No.:  0052284
                                             Morgan & Morgan, Tampa, P.A.
                                             20 N. Orange Ave., Ste. 1600
                                             Orlando, FL 32801
                                             Tele:  (407) 420-1414
                                             Fax:  (407) 245-3485
                                             Email:  JLee@ ForThePeople.com

MRathbun@ForThePeople.com
*Counsel for Plaintiff(s)/Claimant(s)*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 9th day of September, 2017, I electronically filed the foregoing document with the United States District Court, Middle District of Florida, Ft. Myers Division by using the CM/ECF system. I further certify the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Ryan C. Reinert, Esquire
Shutts & Bowen LLP
4301 W. Boy Scout Blvd., Ste. 300
Tampa, FL 33607
Tel:  813.229.8900
Fax:  813.229.8901
Email:  rreinert@shutts.com

 */s/ Jared M. Lee*
Jared M. Lee, Esquire