UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

INGRID CORNISH,

    VS                                          CASE NO.  1:17cv23-MW/GRJ

NISSAN MOTOR ACCEPTANCE,
CORP.,

**JUDGMENT**

The parties are ordered to comply with their settlement agreement. The court reserves jurisdiction to enforce the order to comply with the settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

                                                      JESSICA J. LYUBLANOVITS
                                                      CLERK OF COURT

                                                      s/Pam Lourcey

 September 9, 2017
DATE                                             Deputy Clerk: Pamela Lourcey